GERALD J. MCMAHON
ATTORNEY AT LAW

www.geraldjmcmahon.com
gm@geraldjmcmahon.com

11 BURNHAM COURT
SCOTCH PLAINS, NJ 07076
(908) 347-4670

375 GREENWICH STREET
NEW YORK, NY 10013
(212) 965-4259

November 21, 2023

By ECF

The Honorable Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Ralph DiMatteo
        21 Cr. 466 (S-1) (HG)

Dear Judge Gonzalez:

    This letter is to request a modification of Ralph DiMatteo's bail conditions with the consent of the government. On February 4, 2022, defendant was released on a $5 million bond secured by five properties with equity of $2.44 million and six financially responsible co-signers. Additional conditions of release included, *inter alia*, home incarceration and electronic monitoring. ECF No. 218. Mr. DiMatteo has been fully compliant with all bail conditions since his release. Defendant now seeks permission to spend two hours on Thanksgiving Day with family at the home of his nephew (and suretor) John DeLuca. The exact time and address have been provided to the government and Pretrial Services. The government, by AUSA Devon Lash, consents. Pretrial Services, by Officer Mallori Brady, advises that office policy precludes her consenting to such a request, but wishes the Court to know that defendant "is in full compliance with the conditions of release."

                Very truly yours,

                Gerald J. McMahon

GJM:dlg
cc: All Counsel (by ECF)
    PTSO Mallori Brady (by email)